# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136695

BRANDON JOSEPH, a Minor, by his Next
Friend, KAYATANA PRICE,
          Plaintiff-Appellee,

v

SOUTHFIELD PUBLIC SCHOOLS,
          Defendant-Appellant.

SC: 136695
COA: 275869
Oakland CC: 2006-076177-NO

_____/

      On order of the Court, the application for leave to appeal the May 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

d0217

_____
Clerk